The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HAJILE ANSARI,<br><br>                Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | Case No. 3:24-cv-05918-KKE<br><br>FIRST STIPULATED MOTION TO MODIFY SCHEDULING ORDER AND ORDER |

## JOINT STIPULATION

The parties hereby jointly STIPULATE AND AGREE to extend the following deadlines, which were set forth in the Court's March 25, 2025, Order Setting Bench Trial Date and Related Dates (Dkt. 16), as set forth below.

| Deadline | Current Deadline | Proposed New Deadline |
|---|---|---|
| BENCH TRIAL | 6/1/2026 | 7/27/2026 |
| Disclosure of rebuttal expert testimony (per FRCP 26(a)(2)(D)(ii) | 12/3/2025 | 2/2/2026 |
| All motions related to discovery must be filed by | 12/3/2025 | 2/2/2026 |

STIPULATED MOTION TO MODIFY SCHEDULING ORDER
[Case No. 3:24-cv-05918-KKE] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| Discovery completed by | 1/2/2026 | 3/2/2026 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (*see* LCR 7(d)). Such motions must be noted for consideration no later than 28 days after this date (*see* LCR 7(d)). | 2/2/2026 | 4/2/2026 |
| Settlement conference, if mediation has been requested by the parties per LCR 39.1, held no later than | 4/2/2026 | 6/2/2026 |
| Agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objections fields | 5/11/2026 | 7/10/2026 |
| Trial briefs, joint brief on motions in limine, preliminary proposed findings of fact and conclusions of law, and deposition designations due | 5/18/2026 | 7/17/2026 |
| Pretrial conference | TBD | TBD |

A court may modify a schedule for good cause. Fed. R. Civ. P. 16(b)(4). Continuing pretrial and trial dates is within the discretion of the trial judge. *King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986). Due to the government shutdown and lapse in appropriations to the Department of Justice, Plaintiff has agreed to stipulate to a 60-days extension of the above-referenced deadlines. The parties respectfully request that the Court find good cause to extend the above-referenced deadlines. This is the parties' first request for an extension of any deadline in this case.

//

//

//

STIPULATED MOTION TO MODIFY SCHEDULING ORDER
[Case No. 3:24-cv-05918-KKE] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  SO STIPULATED.

2  DATED this 10th day of November, 2025.

3

4                                          CHARLES NEIL FLOYD
                                           United States Attorney
5
                                           *s/ Kristen R. Vogel*
6                                          KRISTEN R. VOGEL, NY No. 5195664
                                           Assistant United States Attorney
7                                          United States Attorney's Office
                                           Western District of Washington
8                                          700 Stewart Street, Suite 5220
                                           Seattle, Washington 98101-1271
9                                          Phone: 206-553-7970
                                           Fax:    206-553-4073
10                                         Email: kristen.vogel@usdoj.gov

11                                         *Attorney for Defendant*

12

13

14                                         [signature: Marie Docter]

15                                         MARIE DOCTER, WSBA No. 30557
                                           BRIGGS & BRIGGS
16                                         10222 Gravelly Lake Drive SW
                                           Lakewood, Washington 98499
17                                         Phone: 253-588-6696
                                           Fax: 253-584-6238
18                                         Email: mdocter@briggsandbriggs.com

19                                         *Attorney for Plaintiff*

20

21

22

23

24

**ORDER**

The Court finds good cause to GRANT the parties' motion. Dkt. No. 18. The prior case schedule is VACATED (Dkt. No. 16), and the courtroom deputy is directed to issue a new case schedule in accordance with the parties' stipulated motion.

DATED this <u>10th</u> day of November, 2025.

*Kymberly K. Evanson*
_____
Kymberly K. Evanson
United States District Judge

STIPULATED MOTION TO MODIFY SCHEDULING ORDER
[Case No. 3:24-cv-05918-KKE] - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970